RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>Vientian Café, Inc., et al.,<br><br>　　　　　　Defendants. | Case Number 23-6231 LJC<br><br>STIPULATION TO EXTEND TIME TO CONDUCT SITE INSPECTION and ORDER |

Come now plaintiff Richard Sepulveda, through his counsel of record Richard Mac Bride, and defendants Vientian Café, Inc., Bob Phannavong, Dalouny Phannavong, and Chanhla Phannavong, through their counsel of record Nora Rousso of Rousso & Jackel, Inc., to stipulate as follows:

WHEREAS, pursuant to General Order No. 56 and the Scheduling Order in this case issued on December 4, 2023 (Docket #5), the deadline to hold the joint inspection was February 18, 2023; and

WHEREAS, the parties have been unable to find a date for inspection that is mutually acceptable before the deadline; and

WHEREAS, the parties have agreed to conduct the inspection on April 23, 2024, and they are also in the midst of conducting settlement discussions that might avoid the need for an inspection or further litigation;

NOW THEREFORE, the parties hereby stipulate that the deadline to conduct the joint inspection be postponed to April 23, 2024.

STIPULATION FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPECTION – 23-6231 LJC

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride |
| 4 | Attorney for Plaintiff Richard Sepulveda                                  2/27/2024 |
| 5 | |
| 6 | Rousso & Jackel, Inc. – By: Nora Rousso /s/ Nora Rousso |
| 7 | Attorney for defendants Vientian Café, Inc.; Bob Phannavong; Dalouny Phannavong; Chanhla |
| 8 | Phannavong                                                                2/27/2024 |
| 9 | |
| 10 | FILER'S ATTESTATION |
| 11 | |
| 12 | Pursuant to General Order 45, Section X(B), I hereby attest that on February 27, 2024, I, Richard A. |
| 13 | Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Nora |
| 14 | Rousso, attorney for all defendants, in the filing of this document. |
| 15 | |
| 16 | /s/ Richard A. Mac Bride |
| 17 | Richard A. Mac Bride |

ORDER FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPECTION

Having considered the parties' Stipulation for Extension of Time to Conduct Joint Site Inspection, in the matter of Sepulveda v. Vientian Café, Inc., et al., 23-0631 LJC, and for good cause appearing, it is hereby ORDERED:

1. That the last day for parties and counsel to hold joint inspection of premises, without or without meet-and-confer regarding settlement, is reset for April 23, 2024;
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

Date: February 28, 2024

_____
Lisa J. Cisneros
United States Magistrate Judge