```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Vientian Café, Inc., et al.,<br><br>　　　　　Defendants. | Case Number 23-6231 LJC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Richard Sepulveda, and defendants Vientian Café, Inc., Bob Phannavong, Dalouny Phannavong, and Chanhla Phannavong (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants is Nora Rousso of Rousso & Jackel, Inc.), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release with Defendants in this matter whereby plaintiff deemed resolved all claims as against all defendants, and agreed to the dismissal of the above-captioned action with prejudice, with regard to all defendants, all parties to bear their own respective attorney fees and costs.
2. This written settlement agreement was entered into by Plaintiff and Defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney of record for Plaintiff Richard Sepulveda　　　　　　　　　　　　　　1/11/2025

Rousso & Jackel, Inc. – By: Nora Rousso /s/ Nora Rousso

Attorney of record for Defendants                                                                                            1/11/2025

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on January 11, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Nora Rousso, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Vientian Café, Inc., et al., Case No. 23-6231 LJC, is dismissed with prejudice with respect to defendants Vientian Café, Inc., Bob Phannavong, Dalouny Phannavong, and Chanhla Phannavong, and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Date: _____          _____

                                                          Lisa J. Cisneros
                                                          United States Magistrate Judge